TROUTMAN SANDERS LLP
Kevin F. Kieffer, Bar No. 192193
kevin.kieffer@troutman.com
Ryan C. Tuley, Bar No. 198249
ryan.tuley@troutman.com
Michael L. Huggins, Bar No. 305562
michael.huggins@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile:  949.622.2739

Attorneys for Defendant
STARR INDEMNITY & LIABILITY COMPANY, a Texas Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ADIR INTERNATIONAL, LLC, a Delaware Limited Liability Company, DBA CURACAO (formerly known as La Curacao); and RON AZARKMAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>STARR INDEMNITY & LIABILITY COMPANY and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-4352<br><br>**DEFENDANT STARR INDEMNITY & LIABILITY COMPANY'S NOTICE OF REMOVAL OF ACTION** |

38853029v1

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1332 and 1441, Defendant Starr Indemnity & Liability Company ("Starr"), a Texas Corporation, hereby removes to this Court the state court action described below.  Starr states the following in support of its Notice of Removal of Action:

1. Adir International, LLC, a Delaware Limited Liability Company, doing business as Curacao (formerly known as La Curacao) ("Adir"), and Ron Azarkman, an individual, (collectively, "Plaintiffs") brought suit against Starr in the matter entitled *Adir International, LLC, a Delaware Limited Liability Company, dba Curacao (formerly known as La Curacao) and Ron Azarkman, an individual, v. Starr Indemnity & Liability Company and Does 1 through 100, inclusive*, No. 19STCV13200 (Cal. Super. Ct. Los Angeles Cty. Apr. 17, 2019) (the "State Court Action").  A true and correct copy of the complaint filed in the State Action and the proof of service of summons are attached as **Exhibit A** and **Exhibit B**, respectively, to the Declaration of Ryan C. Tuley ("Tuley Decl.") in support of this Notice of Removal.

2. On April 23, 2019, Plaintiffs served a copy of the summons and complaint in the State Court Action on Starr's registered agent for service of process in Los Angeles, California.  (*See* Tuley Decl., Exhibit B); Cal. Code Civ. Proc. § 416.10(a).

3. Starr has not filed a responsive pleading in the State Court Action, and Starr intends to file a responsive pleading in this Court within the timeframe permitted under Federal Rule of Civil Procedure 81(c). (Tuley Decl. at ¶ 3.)

4. The State Court Action is a civil action in which this Court has original jurisdiction under 29 U.S.C. § 1332 and that may be removed to this Court by Starr under the provisions of 28 U.S.C. § 1441 because it is between citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive

of interest and costs.

5. This Notice of Removal of a civil action to the United States District Court for the Central District of California, Western Division, is filed within thirty days after the completion of service of process of the complaint in the State Court Action.

**Diversity of Citizenship**

6. This civil action is between citizens of different states.

7. Plaintiff Adir alleges that it is a Delaware limited liability company with its principal place of business in Los Angeles, California. (Tuley Decl., Exhibit A at ¶ 2.)

8. Plaintiff Azarkman alleges that he is an individual, a resident of Los Angeles County, California, and the Chief Executive Officer of Adir. (Tuley Decl., Exhibit A at ¶ 3.)

9. Starr is a Texas corporation with its principal place of business in the state of New York, which Plaintiffs have alleged in the State Court Action. (Tuley Decl., Exhibit A at ¶ 4.)

10. Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending." The County of Los Angeles and the Los Angeles Superior Court are within this Court's district and division. Therefore, removal of the State Court Action to this Court is proper.

**Amount in Controversy**

11. The amount in controversy in this action exceeds the sum of $75,000, exclusive of interest and costs.

12. It is facially apparent from the complaint in the State Court Action that the amount in controversy exceeds $75,000. The complaint alleges that Starr

breached the terms and conditions of Resolute Portfolio for Private Companies Insurance Policy, No. 1000620507171 (the "Policy"), which has aggregate Limits of Liability of $10,000,000, subject to a Retention of $100,000. (Tuley Decl., Exhibit A at ¶ 41.)  As a result of such purported breach, Plaintiffs allege that they have sustained, and will continue to sustain, damages from defense fees and costs in the underlying action against Plaintiffs by the State of California (the "Underlying Action"), including unpaid defense invoices.  Such invoices total approximately $600,000. (Tuley Decl. at ¶ 4.)

13.    Starr also intends to seek reimbursement of costs it has paid to date for Plaintiffs' defense in the Underlying Action, which total approximately $2 million. (Tuley Decl. at ¶ 4.)

14.    Consequently, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs and is between citizens of different states.

### Written Notice of Removal

15.    Written notice of the filing of this Notice of Removal is being served on counsel for Plaintiffs on May 20, 2019 pursuant to 28 U.S.C. § 1446(d).  A copy of this Notice of Removal and the notice being provided to Plaintiffs' counsel also will be promptly filed with the Clerk of the Los Angeles Superior Court.

### Joinder of All Defendants

16.    Starr is the only defendant served with the complaint.  The consent of Does 1 through 100, inclusive, is not necessary for removal because those defendants have not yet been served in the State Court Action.

17.    This Notice of Removal is being filed without prejudice to the objections and defenses of Starr.

1    WHEREFORE, Defendant Starr respectfully requests removal of this case to
2  the United States District Court for the Central District of California, Western
3  Division.

4  Dated: May 20, 2019                TROUTMAN SANDERS LLP

7                                     By: /s/ Ryan C. Tuley
                                          Kevin F. Kieffer
8                                         Ryan C. Tuley
                                          Michael L. Huggins

10                                     Attorneys for Defendant
                                       STARR INDEMNITY & LIABILITY
11                                     COMPANY