TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIR INTERNATIONAL, LLC, a Delaware Limited Liability Company, DBA CURACAO (formerly known as La Curacao); and RON AZARKMAN, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>STARR INDEMNITY & LIABILITY COMPANY and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:19-cv-4352-R-PLA<br><br>**JUDGMENT** |
| STARR INDEMNITY & LIABILITY COMPANY and DOES 1 through 100, inclusive,<br><br>　　　　　　Counter-Claimant,<br><br>　　v.<br><br>ADIR INTERNATIONAL, LLC, a Delaware Limited Liability Company, DBA CURACAO (formerly known as La Curacao); and RON AZARKMAN, an individual,<br>Counter-Defendants. | |

39716257

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

# JUDGMENT

Upon consideration of Defendant Starr Indemnity & Liability Company's ("Starr") Motion for Summary Judgment as to Plaintiffs Adir International and Ron Azarkman's (collectively, "Adir") First Amended Complaint and as to Starr's Counterclaim, the concurrently filed Starr's Separate Statement of Uncontroverted Facts and Conclusions of Law, and all other documents and materials before the Court, and because the Court finds there is no genuine dispute as to any material fact and that Starr is entitled to judgment as a matter of law, it is hereby **ORDERED** that Starr's Motion is **GRANTED**.

The Court finds that, under California Insurance Code § 533.5, Starr does not have and never had a duty to defend or to indemnify Adir in connection with the underlying action under the Resolute Portfolio for Private Companies Policy No. 1000620507171 (the "Policy"). The Court additionally finds that, because the Policy expressly provides Starr a right to reimbursement by Adir for payments of uncovered loss, Starr is entitled to reimbursement from Adir for amounts paid in connection with defending the underlying action.

Accordingly, the Court grants Summary Judgment in favor of Starr as to Adir's FAC and Starr's Counterclaim. As the prevailing party, Starr is entitled to its costs pursuant to Federal Rule of Civil Procedure 54.

This 10th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE