David M. Halbreich (SBN 138926)
Email: dhalbreich@reedsmith.com
Amber S. Finch (SBN 222321)
Email: afinch@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone:  +1 213 457 8000
Facsimile:   +1 213 457 8080

T. Connor O'Carroll (SBN 312920)
Email: cocarroll@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:  +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Plaintiffs and Counter-Defendants
Adir International, LLC; and Ron Azarkman

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIR INTERNATIONAL, LLC, a Delaware Limited Liability Company, DBA CURACAO (formerly known as La Curacao); and RON AZARKMAN, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>STARR INDEMNITY & LIABILITY COMPANY and DOES 1 through 100, inclusive,<br><br>    Defendants.<br><br>ALL RELATED COUNTERCLAIMS | Case No.  2:19-cv-04352-R-PLA<br><br>Honorable Manuel L. Real<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiffs and Counter-Defendants Adir International, LLC, a Delaware Limited Liability Company, doing business as Curacao (and formerly known as La Curacao) (collectively referred to herein as "Adir"), and Ron Azarkman (collectively, "Plaintiffs") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Judgment (Dkt. 49) dated September 10, 2019, entered pursuant to the Court's order granting Defendant Starr Indemnity & Liability Company's ("Starr") Motion for Summary Judgment and denying Plaintiffs' Motion for Partial Summary Judgment (Dkt. 48).

True and correct copies of the Court's Judgment (Dkt. 49) and the Court's order granting Starr's Motion for Summary Judgment and denying Plaintiffs' Motion for Partial Summary Judgment (Dkt. 48) are attached hereto as Exhibits 1 and 2. Additionally, pursuant to Ninth Circuit Rule 3-2, Plaintiffs' Representation Statement is attached as Exhibit 3.

DATED: October 7, 2019

        REED SMITH LLP

        By: /s/Amber Finch
           David M. Halbreich
           Amber S. Finch
           T. Connor O'Carroll
           Attorney for Plaintiffs and Counter-Defendants
           Adir International, LLC; and Ron Azarkman