TROUTMAN SANDERS LLP
Kevin F. Kieffer, Bar No. 192193
kevin.kieffer@troutman.com
Ryan C. Tuley, Bar No. 198249
ryan.tuley@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

Michael L. Huggins, Bar No. 305562
michael.huggins@troutman.com
580 California Street, Suite 1100
San Francisco, CA 94104
Telephone: 415.477.5700
Facsimile: 415.477.5710

Attorneys for Defendant and Counter-Claimant
STARR INDEMNITY & LIABILITY COMPANY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIR INTERNATIONAL, LLC, a Delaware Limited Liability Company, DBA CURACAO (formerly known as La Curacao); and RON AZARKMAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>STARR INDEMNITY & LIABILITY COMPANY and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-4352-R-PLA<br><br>Hon. Manuel L. Real<br><br>**AMENDED JUDGMENT** |
| STARR INDEMNITY & LIABILITY COMPANY and DOES 1 through 100, inclusive,<br><br>Counter-Claimant,<br><br>v.<br><br>ADIR INTERNATIONAL, LLC, *et al.*,<br><br>Counter-Defendants. | |

40201708v1

## AMENDED JUDGMENT

Upon consideration of Defendant Starr Indemnity & Liability Company's ("Starr") Motion for Summary Judgment as to Plaintiffs Adir International, LLC and Ron Azarkman's (collectively, "Adir") First Amended Complaint and as to Starr's Counterclaim, the concurrently filed Starr's Separate Statement of Uncontroverted Facts and Conclusions of Law, and all other documents and materials before the Court, and because the Court finds there is no genuine dispute as to any material fact and that Starr is entitled to judgment as a matter of law, it is hereby **ORDERED** that Starr's Motion is **GRANTED.**

The Court finds that, under California Insurance Code § 533.5, Starr does not have and never had a duty to defend or to indemnify Adir in connection with the underlying action under the Resolute Portfolio for Private Companies Policy No. 1000620507171 (the "Policy"). The Court additionally finds that, because the Policy expressly provides Starr a right to reimbursement by Adir for payments of uncovered loss, Starr is entitled to reimbursement from Adir for the $2,085,364.53 Starr paid in connection with defending the underlying action.

Accordingly, the Court grants summary judgment in favor of Starr as to the Adir's FAC and Starr's Counterclaim. The amount of the judgment in Starr's favor on its Counterclaim is $2,085,364.53. As the prevailing party, Starr is entitled to its costs pursuant to Federal Rule of Civil Procedure 54.

This 8th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE