1  David M. Halbreich (SBN 138926)
   Email: dhalbreich@reedsmith.com
2  Amber S. Finch (SBN 222321)
   Email: afinch@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA 90071
   Telephone: +1 213 457 8000
5  Facsimile: +1 213 457 8080

6  T. Connor O'Carroll (SBN 312920)
   Email: cocarroll@reedsmith.com
7  REED SMITH LLP
   101 Second Street, Suite 1800
8  San Francisco, CA 94105
   Telephone: +1 415 543 8700
9  Facsimile: +1 415 391 8269

10 Attorneys for Plaintiffs and Counter-Defendants
   Adir International, LLC; and Ron Azarkman

12            UNITED STATES DISTRICT COURT

13            CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14 ADIR INTERNATIONAL, LLC, a Delaware Limited Liability Company, DBA CURACAO (formerly known as La Curacao); and RON AZARKMAN, an individual, | Case No. 2:19-cv-04352-R-PLA |
| | Honorable Manuel L. Real |
| | **PLAINTIFFS'** *AMENDED* **NOTICE OF APPEAL** |
| 17           Plaintiffs, | |
| 18     vs. | |
| 19 STARR INDEMNITY & LIABILITY COMPANY and DOES 1 through 100, inclusive, | |
| 21           Defendants. | |
| 22 ALL RELATED COUNTERCLAIMS | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiffs and Counter-Defendants Adir International, LLC, a Delaware Limited Liability Company, doing business as Curacao (and formerly known as La Curacao) (collectively referred to herein as "Adir"), and Ron Azarkman (collectively, "Plaintiffs") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's *Amended* Judgment (Dkt. 57) dated November 8, 2019, entered pursuant to (1) the Court's order granting Defendant Starr Indemnity & Liability Company's ("Starr") Motion for Summary Judgment and denying Plaintiffs' Motion for Partial Summary Judgment (Dkt. 48), and (2) the Court's order granting Starr's Unopposed Motion to Amend the Judgment entered on November 8, 2019 (Dkt. 56).[1]

True and correct copies of the Court's Amended Judgment (Dkt. 57) and the Court's order granting Starr's Motion for Summary Judgment and denying Plaintiffs' Motion for Partial Summary Judgment (Dkt. 48) are attached hereto as Exhibits 1 and 2.  Plaintiffs have previously complied with Ninth Circuit Rule 3-2.

DATED: November 13, 2019

                                     REED SMITH LLP

                                     By: /s/Amber Finch
                                             David M. Halbreich
                                             Amber S. Finch
                                             T. Connor O'Carroll
                                             Attorney for Plaintiffs and Counter-Defendants
                                             Adir International, LLC; and Ron Azarkman

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

---

[1] Plaintiffs appealed from the original judgment entered on September 10, 2019, which is docketed at Ninth Circuit No. 19-56180.  Plaintiffs now file this *Amended* Notice of Appeal to ensure the preservation of their appellate rights following entry of the Amended Judgment.

PLAINTIFFS' *AMENDED* NOTICE OF APPEAL

## TABLE OF CONTENTS TO EXHIBITS

| Exhibit | Description | Page Nos. |
| --- | --- | --- |
| 1 | 2019-11-08 Amended Judgment  [Docket 57] | 4 – 6 |
| 2 | 2019-09-10 Order Re Defendant's Motion for Summary Judgment and Plaintiffs' Motion for Partial Summary Judgment  [Docket 48] | 7 – 15 |