David M. Halbreich (SBN 138926)
Email: dhalbreich@reedsmith.com
Amber S. Finch (SBN 222321)
Email: afinch@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

T. Connor O'Carroll (SBN 312920)
Email: cocarroll@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Plaintiffs and Counter-Defendants
Adir International, LLC; and Ron Azarkman

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIR INTERNATIONAL, LLC, a Delaware Limited Liability Company, DBA CURACAO (formerly known as La Curacao); and RON AZARKMAN, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　　　　vs.<br><br>STARR INDEMNITY & LIABILITY COMPANY and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants.<br><br>ALL RELATED COUNTERCLAIMS | Case No. 2:19-cv-04352-R-PLA<br><br>Honorable Manuel L. Real<br><br>**ORDER GRANTING POSTING OF SUPERSEDEAS BOND AND STAY** |

Having reviewed the Stipulation Regarding Posting of Supersedeas Bond and Stay filed by the Parties, and good cause appearing:

**IT IS HEREBY ORDERED** that this the Supersedeas Bond is **APPROVED** and the execution on the judgment in this action is hereby **STAYED** pursuant to Rule 62(b) of the Federal Rules of Civil Procedure pending the disposition of Plaintiffs' appeal.

Dated: November 20, 2019

*[signature: Gary Klausner]*

UNITED STATES DISTRICT COURT JUDGE

CC: FISCAL

REED SMITH LLP
A limited liability partnership formed in the State of Delaware