UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 08 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ADIR INTERNATIONAL, LLC, a Delaware Limited Liability Company, DBA Curacao, FKA La Curacao and RON AZARKMAN, an individual,<br><br>    Plaintiffs-counter-defendants - Appellants,<br><br>  v.<br><br>STARR INDEMNITY AND LIABILITY COMPANY, a Texas Corporation,<br><br>    Defendant-counter-claimant - Appellee. | No. 19-56320<br><br>D.C. No. 2:19-cv-04352-R-PLA<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered April 15, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica Flores
Deputy Clerk
Ninth Circuit Rule 27-7