TROUTMAN PEPPER HAMILTON SANDERS LLP
Kevin F. Kieffer, Bar No. 192193
Kevin.kieffer@troutman.com
Ryan C. Tuley, Bar No. 198249
ryan.tuley@troutman.com
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Tel: 949.622.2700
Fax: 949.622.2739

Ciaran B. Way (*Pro Hac Vice*)
ciaran.way@troutman.com
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia, PA 19103
Telephone: 215.981.4000

Attorneys for Defendant and Counter-Claimant,
STARR INDEMNITY & LIABILITY COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIR INTERNATIONAL, LLC, a Delaware Limited Liability Company, DBA CURACAO (formerly known as La Curacao); and RON AZARKMAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>STARR INDEMNITY & LIABILITY COMPANY and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>ALL RELATED COUNTERCLAIMS | Case No. 2:19-cv-04352-R-PLA<br><br>Honorable Chief District Judge Philip S. Gutierrez, Presiding<br><br>**NOTICE OF SATISFACTION OF JUDGMENT** |

# NOTICE OF SATISFACTION OF JUDGMENT

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

      PLEASE TAKE NOTICE that, on April 15, 2021, the United States Court of Appeals for the Ninth Circuit issued an opinion affirming the district court's order granting summary judgment against Plaintiff and Cross-Defendant Adir International, LLC ("Adir") and in favor of Defendant and Counter-Claimant, Starr Indemnity & Liability Company ("Starr"). (Dkt. No. 64.)  Thereafter, on September 15, 2021, this Court entered an order granting Starr's motion for summary adjudication of obligation and execution on bond, ruling that the surety, Travelers Casualty and Surety Company of America ("Travelers") is liable to Starr on Appeal Bond Number 107101811 posted with this Court on November 14, 2019 in the following amounts: $2,085,364.53 for the judgment; $61,128.87 in interest through the date of the Order; and additional interest at a rate of $91.42 per day from one day following the date of the Order through the date Starr receives payment. (Dkt. No. 82.)  By wire transfer dated September 23, 2021, Adir has paid Starr under protest the amount of $2,147,224.76 and has fully and finally satisfied this judgment by payment of the full amount due, plus interest.

      Accordingly, Starr, hereby requests that the Court discharge Appeal Bond Number 107101811, dated October 22, 2019 and filed with this Court on November 14, 2019, which was posted by Travelers, as Surety, in the referenced case in an amount not to exceed Two Million One Hundred Eighty Nine Thousand Six Hundred Thirty Two Dollars and 76/100 cents ($2,189,632.76). (Dkt. No. 59.)  The full amount owed to Starr has been remitted and the judgment satisfied; therefore, the Appeal Bond is no longer required and should be discharged and Travelers and its parents, affiliates and subsidiaries released from any and all liability.

Dated: October 19, 2021

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Ryan C. Tuley*
    Kevin F. Kieffer
    Ryan C. Tuley
    Ciaran B. Way (*Pro Hac Vice*)

Attorneys for Defendant and Counter-Claimant STARR INDEMNITY & LIABILITY COMPANY

**CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 5 Park Plaza, Suite 1400, Irvine, CA 92614-2545.

I hereby certify that on this 19th day of October 2021, a copy of *Notice of Satisfaction of Judgment* was filed through the Court's CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

I further certify that on this 19th day of October 2021, *Notice of Satisfaction of Judgment* was served upon *Travelers Casualty and Surety Company of America* by sending a copy thereof by overnight delivery to the court clerk, who is appointed as *Travelers Casualty and Surety Company of America*'s agent for receiving service of any papers that affect its liability on the security pursuant to Rule 65.1 of the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 19, 2021, at Irvine, California.

                                                        */s/ Ryan C. Tuley*
                                                       Ryan C. Tuley